■ In the Matter of SHYTEEK JOHNSON, Petitioner, v JOHN T. BYRNE et al., Respondents. [669 NYS2d 1015] —Application for an order pursuant to CPLR article 78 denied, the cross-motion granted and the petition dismissed, all without prejudice to petitioner addressing the issue on direct appeal, without costs or disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Wallach, Williams and Mazzarelli, JJ.

■ In the Matter of WILLIAMS v GLASS. [684 NYS2d 771] —Motion for, *inter alia,* clarification of this Court's decision and order entered on December 9, 1997 (245 AD2d 66) granted to the extent of remanding the matter to Supreme Court for an accounting of the amounts due petitioner, and for issuance of an order not inconsistent with this Court's order of December 9, 1997. Concur—Wallach, J. P., Nardelli, Tom and Mazzarelli, JJ.

■ In the Matter of WILMER HILL GRIER, Also Known as WILMER RUTH HILL-GRIER, a Disbarred Attorney. [683 NYS2d 825] —Application for reinstatement granted to the extent of referring this matter to a Referee for a hearing and to report concerning whether petitioner has established by clear and convincing evidence that she possesses the requisite character and general fitness to resume the practice of law, and that she otherwise meets the standards for reinstatement set out in Rules of this Court (22 NYCRR) § 603.14 (b). No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Wallach and Rubin, JJ.